closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EZ STORAGE DESOTO, L.P., a California Limited Partnership; E-Z STORAGE, L.L.C., a California Limited Liability Company; MICHAEL E. GREENHUT; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-02462-JFW-MAN<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 26, 2015　　　　*[signature]*
　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE